## 51423. TERRELL v. THE STATE.

QUILLIAN, Judge.

The defendant was convicted of possession of more than one ounce of marijuana. Appeal was taken to this court. *Held:*

1. The trial judge did not abuse his discretion in denying the defendant's request to postpone or continue the case after a mistrial. Code § 81-1419; *Hays v. State,* 16 Ga. App. 20 (2) (84 SE 497).

2. Although there were discrepancies in the testimony, the evidence was sufficient to sustain the verdict and judgment entered thereon.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

Submitted November 4, 1975 — Decided November 19, 1975.

*Robert M. Margeson, III,* for appellant.
*William S. Lee, District Attorney, Hobart M. Hind, Assistant District Attorney,* for appellee.